DANNY D. BRACE, JR., #114466
LAW OFFICE OF DANNY D. BRACE, JR.
901 H Street, Suite 500
Sacramento, CA  95814
(916) 552-6660
Fax:  (916) 447-0592

Attorney for Luis Manuel Sanchez-Aceves

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     vs.<br><br>LUIS MANUEL SANCHEZ-ACEVES,<br><br>             Defendant | Case No.: 2:07 CR 00165 LKK<br><br>STIPULATION AND ORDER TO EXTEND TIME FOR HEARING AND TO EXCLUDE TIME |

     The parties agree that time beginning January 5, 2010 and extending through January 12, 2010 should be excluded from the calculation of time under the Speedy Trial Act. (T-2 and T-4). The parties submit that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and so that the defendant may have continuity of counsel.  18 U.S.C. § 3161(h)(8)(B)(iv).  The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §3161(h)(8)(A).

     Furthermore, Defense counsel Danny D. Brace, Jr., is in Trial in Sacramento County Superior Court, Department 33, People v. Jones. Said trial is expected to conclude by January 11, 2010.

STIP AND ORDER TO EXTEND TIME - 1

The parties further request that this matter be taken off the January 5, 2010, calendar and be rescheduled to January 12, 2010 at 9:15 a.m..

Respectfully submitted,

Date:   1-4-10                                    By:  /s/ Danny D. Brace, Jr.,
                                                       DANNY D. BRACE, JR.,
                                                       Attorney for
                                                       Luis Manual Sanchez-Aceves


Date:   1-4-10                                    By:/s/ Carolyn Delany
                                                     Authorized to sign for Ms. Delany
                                                     On January 4, 2010
                                                     CAROLYN DELANY
                                                     Assistant U.S. Attorney


**IT IS SO ORDERED:**

**Dated:**   January 4, 2010

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

STIP AND ORDER TO EXTEND TIME - 2