HEATHER E. WILLIAMS, Bar #122664
Federal Defender
HANNAH R. LABAREE, Bar #294338
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
LUIS MANUEL SANCHEZ-ACEVES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>LUIS MANUEL SANCHEZ-ACEVES,<br><br>　　　　　　　Defendant. | No.  Cr. S 07-165 MCE<br><br>**STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge:  Honorable MORRISON C. ENGLAND, JR. |

　　　　Defendant, LUIS MANUEL SANCHEZ-ACEVES, by and through his attorney, Assistant Federal Defender Hannah R. Labaree, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

　　　　1.　　Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

　　　　2.　　On May 25, 2010, this Court sentenced Mr. Sanchez-Aceves to a term of 156 months imprisonment;

3. His total offense level was 39, his criminal history category was III, and the resulting guideline range was 324 to 405 months. He received a reduction from the low-end of the range on the government's motion;

4. The sentencing range applicable to Mr. Sanchez-Aceves was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5. Mr. Sanchez-Aceves' total offense level has been reduced from 39 to 37, his amended guideline range is 262 to 327 months. A reduction comparable to the one he received initially produces a term of 126 months;

6. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Sanchez-Aceves' term of imprisonment to a total term of 126 months.

Respectfully submitted,

Dated: August 26, 2015

BENJAMIN B. WAGNER
United States Attorney

/s/ Jason Hitt
JASON HITT
Assistant U.S. Attorney

Attorney for Plaintiff
UNITED STATES OF AMERICA

Dated: August 26, 2015

HEATHER E. WILLIAMS
Federal Defender

/s/ Hannah R. Labaree
HANNAH R. LABAREE
Assistant Federal Defender

Attorney for Defendant
LUIS MANUEL SANCHEZ-ACEVES

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Sanchez-Aceves is entitled to the benefit Amendment 782, which reduces the total offense level from 39 to 37, resulting in an amended guideline range of 262 to 327 months. A reduction comparable to the one he received initially produces a term of 126 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in May 2010 is reduced to a term of 126 months.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect. The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Sanchez-Aceves shall report to the United States Probation Office within seventy-two hours after his release.

IT IS SO ORDERED.

Dated: August 31, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT